IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Robert William Lombardo, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 2:09-1154-HMH-RSC |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Sergeant E. Babridge; Greenville County Detention Center; Sergeant J. McCombs; Officer J. Shapiro, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Robert William Lombardo's ("Lombardo") motion for reconsideration of the June 19, 2009 Order adopting the Report and Recommendation and dismissing the Greenville County Detention Center ("GCDC") as a defendant in this case. Lombardo alleges, "I was never given a chance to give any objections [to the Report & Recommendation]. The Opinion and Order is the first paperwork I have received stating anything involving a recommendation from a magistrate judge." (Mot. Recons. 1-2.) The court interprets Lombardo's motion as a request for an extension of time to file objections to the Report and Recommendation. Out of an abundance of caution, the court rescinds its June 19, 2009 Order and grants Lombardo an extension of fifteen (15) days from the date of this order to file his objections.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
July 9, 2009